JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY LEE CRISWELL,<br><br>             Petitioner,<br><br>    v.<br><br>RANDY GROUNDS, Warden,<br><br>             Respondent. | Case No. CV 13-7162-CJC (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 19, 2016

                                            CORMAC J. CARNEY
                                    UNITED STATES DISTRICT JUDGE